**Craig T. WATSON, Appellant,**

v.

**Olivia M. WATSON, Respondent.**

**No. WD 58704.**

Missouri Court of Appeals,
Western District.

Submitted April 18, 2001.

Decided July 24, 2001.

Rehearing Denied Oct. 2, 2001.

Larry D. Coleman, Kansas City, MO., Arguing on behalf of Appellant.

Jean A. Wells, Kansas City, MO., Arguing on behalf of Respondent.

Before EDWIN H. SMITH, P.J.; JAMES M. SMART, JR. and VICTOR HOWARD, JJ.

### Order

PER CURIAM:

Craig T. Watson appeals the judgment of the trial court enforcing a settlement agreement in a dissolution case.

The judgment is affirmed. Rule 84.16(b).